UNITED STATES DISTRICT COURT: CIVIL COVER SHEET (JS-44 EQUIVALENT)

I. PLAINTIFFS

PATRICIA ANN KING, TRANACE TIMMONS, and QUWYONTE TIMMONS, Pro Se

FILED
ASHEVILLE, NC

MAY 2 6 2026

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

II. DEFENDANTS

CITY OF HENDERSONVILLE; HENDERSON COUNTY; BLAIR MYHAND, individually and in his official capacity; ALAN BONANNO, individually; JON WING, individually; JACOB SMITH, individually; MICHAEL PAPAROZZI, individually; ANTHONY CRUZ, individually; COLBY TORBETT, individually; JASON CAPPS, individually; ISIAH DWYER, individually; DAKOTA WOLFE, individually; JAKE STAGGS, individually; JUSTIN HOOTS, individually; [JOHN AND JANE DOES 1-10], individually.

Case No: 1:26-cv-159-MR-WCM;

III. JURISDICTION

Federal Question (42 U.S.C. § 1983)

IV. NATURE OF SUIT

440 Civil Rights: Other Civil Rights (Constitutional Violations / Monell Liability)

V. ORIGIN

Original Proceeding (Refiled following Doc. 17 Dismissal)

VI. CAUSE OF ACTION

UNITED STATES DISTRICT COURT: CIVIL COVER SHEET (JS-44 EQUIVALENT)

## I. PLAINTIFFS

PATRICIA ANN KING, TRANACE TIMMONS, and QUWYONTE TIMMONS, Pro Se

## II. DEFENDANTS

CITY OF HENDERSONVILLE; HENDERSON COUNTY; BLAIR MYHAND, individually and in his official capacity; ALAN BONANNO, individually; JON WING, individually; JACOB SMITH, individually; MICHAEL PAPAROZZI, individually; ANTHONY CRUZ, individually; COLBY TORBETT, individually; JASON CAPPS, individually; ISIAH DWYER, individually; DAKOTA WOLFE, individually; JAKE STAGGS, individually; JUSTIN HOOTS, individually; [JOHN AND JANE DOES 1-10], individually.

## III. JURISDICTION

Federal Question (42 U.S.C. § 1983)

## IV. NATURE OF SUIT

440 Civil Rights: Other Civil Rights (Constitutional Violations / Monell Liability)

## V. ORIGIN

Original Proceeding (Refiled following Doc. 17 Dismissal)

## VI. CAUSE OF ACTION

42 U.S.C. § 1983 - Excessive Force, False Arrest, Fabrication of Evidence, Equal Protection violations.

VII. REQUESTED IN COMPLAINT

Jury Demanded: YES

Class Action: NO

Check if this is a RICO action: NO

VIII. RELATED CASE(S) IF ANY

King v. Henderson County et al., 1:25-cv-00418-MR-WCM (W.D.N.C.)

42 U.S.C. § 1983 - Excessive Force, False Arrest, Fabrication of Evidence, Equal Protection violations.

VII. REQUESTED IN COMPLAINT

Jury Demanded: YES

Class Action: NO

Check if this is a RICO action: NO

VIII. RELATED CASE(S) IF ANY

King v. Henderson County et al., 1:25-cv-00418-MR-WCM (W.D.N.C.)

Respectfully submitted,

Dated: *May 26, 26*

Patricia Ann King

Plaintiff, Pro Se

110 Paislee Park Court
Fairview, NC 28730
828-767-2994
Email: covermeplsjesus@gmail.com